**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Comcast of Massachusetts III, Inc. | ) Case No. |
| | ) |
| Plaintiff | ) **CORPORATION DISCLOSURE** |
| | ) **STATEMENT** |
| vs. | ) |
| | ) |
| Lisa Pereira | ) |
| | ) |
| Defendant | ) |
| | ) |

Case No. 04 12569 RGS

 **Pursuant to LR, D. Mass 7.3,** the filing party, Comcast of Massachusetts III, Inc.

(hereinafter "Comcast"), a non-governmental corporation, identifies the following parent

corporation and any publicly held corporation that owns 10% or more of its stock:

1.  Comcast of Massachusetts III, Inc., is a Delaware Corporation and maintains offices at 6

    Campanelli Drive Andover, MA;

2.  Comcast of Massachusetts III, Inc. is wholly owned by Comcast Cable Communications

    Holdings, Inc.

 Respectfully Submitted for the Plaintiff,
 Comcast of Massachusetts III, Inc.
 By Its Local Counsel,

Date 12/06/04

John M. McLaughlin
**Green, Miles, Lipton & Fitz-Gibbon**
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
Phone 413-586-8218
Direct line 413-586-0865
Fax 413-584-6278