AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Massachusetts

Comcast of Massachusetts III, Inc.

V.

Lisa Pereira

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 12569 RGS

TO: (Name and address of Defendant)

Lisa Pereira
45 N. Central Street
Peabody, MA 01960

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-8218

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DEC 8 2005
DATE

(By) DEPUTY CLERK



**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

December 27, 2004

I hereby certify and return that on 12/23/2004 at 11:00 am I served a true and attested copy of the summons and complaint, cover sheet, corporation disclosure statement, in this action in the following manner: To wit, by leaving at the last and usual place of abode of Lisa Pereira, 45 N. Central Street, Peabody, MA and by mailing 1st class to the above address on 12/23/2004. Basic Service Fee ($20.00), Conveyance ($1.50), Travel ($9.60), Postage and Handling ($3.00), Copies ($10.00) Total Charges $44.10

Deputy Sheriff Phillip Bouchard                                   *Phillip Bouchard*
                                                                                     Deputy Sheriff #969

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                    Date                                    Signature of Server

                                                _____
                                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.