**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **Comcast of Massachusetts III, Inc** | ) | Case No.: 04-12569 RGS |
| | ) | |
| Plaintiff, | ) | **PLAINTIFF'S REQUEST** |
| | ) | **FOR ENTRY OF DEFAULT** |
| vs. | ) | |
| | ) | |
| **Lisa Pereira** | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

Now comes the Plaintiff Comcast of Massachusetts III, Inc (hereinafter "Comcast" or the "Plaintiff") in the above-entitled action and requests this Honorable Court to enter a default against Defendants Lisa Pereira (hereinafter the "Defendant"), in this action.

As reasons therefore, the Plaintiff states that Defendants have failed to appear, have failed to serve a responsive pleading, and have failed to otherwise defend against the Plaintiff's claims, pursuant to Rule 12 of the Fed. R. Civ. P.

**WHEREFORE**, the Plaintiff respectfully requests that this Honorable Court enter a default against the Defendants. The Affidavit of Plaintiff's Attorney reciting compliance with Rule 12 and Rule 55 of the Fed. R. Civ. P. is annexed hereto and made a part hereof.

          Respectfully Submitted for the Plaintiff,
          Comcast of Massachusetts III, Inc
          By Its Attorney,

2/14/05                               /s/ John M. McLaughlin
Date                                  John M. McLaughlin
                                     **Green, Miles, Lipton & Fitz-Gibbon**
                                     77 Pleasant Street
                                     P.O. 210
                                     Northampton, MA 01061
                                     Telephone: (413) 586-0865
                                     BBO No. 556328

**CERTIFICATE OF SERVICE**

     I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 14th day of February, 2005, a copy of the foregoing Request for Default was mailed first class to:

Lisa Pereira
45 N. Central Street
Peabody, MA 01960

                                                  /s/ John M. McLaughlin
                                                  John M. McLaughlin, Esq.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Comcast of Massachusetts III, Inc** ) | **Case No.: 04-12569 RGS** |
| ) | |
| **Plaintiff,** ) | **AFFIDAVIT OF ATTORNEY FOR** |
| ) | **PLAINTIFF'S REQUEST** |
| vs. ) | **FOR DEFAULT** |
| ) | |
| **Lisa Pereira** ) | |
| ) | |
| **Defendant** ) | |
| ) | |
| ) | |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. On December 8, 2004, the Plaintiff filed a Complaint against the Defendant, **Lisa Pereira**, in United States District Court, alleging violations of 47 U.S.C. § 553.

2. On December 27, 2004, the said Defendant was served **by leaving at the last and usual abode, by Deputy Sheriff Phillip Bouchard** (see copy of Deputy Sheriff's Return of Service marked **Exhibit A**, attached hereto, and made a part hereof).

3. Pursuant to the provisions of Rule 12 of the Fed. R. Civ. P., the Defendant had twenty days after being served with the summons and complaint within which to serve an answer to Plaintiff's Complaint.

4. To date, the Defendant has failed and neglected to file an answer to Plaintiff's Complaint or to otherwise defend against Plaintiff's claims.

5. I have filed herewith an application for entry of default, with the request that a Notice of Default be entered by this Court.

6. I have attached a Form of Order entitled Notice of Default, for the Court's use if it shall determine that the said Defendant is in default.

Subscribed and sworn to, under the pains and penalties of perjury, this 14th day of February, 2005.

>Respectfully Submitted for the Plaintiff,
>Comcast of Massachusetts III, Inc
>By Its Attorney,
>
>
>  /s/ John M. McLaughlin
>John M. McLaughlin
>**Green, Miles, Lipton & Fitz-Gibbon**
>77 Pleasant Street
>P.O. 210
>Northampton, MA 01061
>Telephone: (413) 586-0865
>BBO No. 556328

**EXHIBIT A**

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Comcast of Massachusetts III, Inc.

V.

Lisa Pereira

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 12569 RGS

TO: (Name and address of Defendant)

Lisa Pereira
45 N. Central Street
Peabody, MA 01960

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-8218

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE  DEC 8 2004

(By) DEPUTY CLERK

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

December 27, 2004

I hereby certify and return that on 12/23/2004 at 11:00 am I served a true and attested copy of the summons and complaint, cover sheet, corporation disclosure statement, in this action in the following manner: To wit, by leaving at the last and usual place of abode of Lisa Pereira, 45 N. Central Street, Peabody, MA and by mailing 1st class to the above address on 12/23/2004. Basic Service Fee ($20.00), Conveyance ($1.50), Travel ($9.60), Postage and Handling ($3.00), Copies ($10.00) Total Charges $44.10

Deputy Sheriff Phillip Bouchard                             Deputy Sheriff #969

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                             Signature of Server

                                              _____
                                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **Comcast of Massachusetts III, Inc** | ) | **Case No.:  04-12569 RGS** |
| | ) | |
| **Plaintiff,** | ) | **ORDER FOR NOTICE OF REQUEST** |
| | ) | **FOR DEFAULT** |
| **vs.** | ) | |
| | ) | |
| **Lisa Pereira,** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |
| | ) | |

Upon application of the Plaintiff for an order of default for failure of the Defendant to plead or otherwise defend, as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been DEFAULTED this _____ day of _____, _____.

                                            BY THE COURT

                                            _____

                                            Deputy Clerk