**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Comcast of Massachusetts III, Inc** ) | **Case No.: 04-12569 RGS** |
| ) | |
| Plaintiff, ) | **PLAINTIFF'S MOTION TO EXTEND** |
| ) | **TIME TO MOVE FOR DEFAULT** |
| vs. ) | **JUDGMENT** |
| ) | |
| **Lisa Pereira** ) | |
| ) | |
| Defendant ) | |
| ) | |
| ) | |

**NOW COMES** the Plaintiff Comcast of Massachusetts III, Inc (hereinafter "Comcast" or the "Plaintiff") in the above-entitled action and respectfully requests that this Court to extend the deadline for the Plaintiff to move for default judgment to May 15, 2005.

As grounds, the Plaintiff states:

1. Plaintiff intends to file an Affidavit in support of its Motion for Default Judgment.

2. The Affidavit that the Plaintiff intends to file will either be that of an out-of-state Comcast employee or an affidavit will at least have to be approved through an out-of-state office of Comcast.

3. Plaintiff's counsel requires more time to obtain executed Affidavit of the Comcast employee.

4. Plaintiff has yet to be contacted by the Defendant or anyone on her behalf.

In further support of this motion, see affidavit of John M. McLaughlin

Respectfully Submitted for the Plaintiff,

Page 1

                    Comcast of Massachusetts III, Inc
                    By Its Attorney,

4/7/05                    /s/ John M. McLaughlin

**Date**                    **John M. McLaughlin**

                    **Green, Miles, Lipton & Fitz-Gibbon**
                    77 Pleasant Street
                    P.O. 210
                    Northampton, MA 01061
                    Telephone: (413) 586-0865
                    BBO No. 556328

## CERTIFICATE OF SERVICE

     I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 8 day of April, 2005, a copy of the foregoing Motion and affidavit was mailed first class to:

Lisa Pereira
45 N. Central Street
Peabody, MA 01960

                    /s/ John M. McLaughlin

                    John M. McLaughlin, Esq.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Comcast of Massachusetts III, Inc**  ) | Case No.:  04-12569 RGS |
| ) | |
| Plaintiff,  ) | **AFFIDAVIT OF ATTORNEY IN** |
| ) | **SUPPORT OF PLAINTIFF'S MOTION** |
| vs.  ) | **TO EXTEND TIME TO MOVE FOR** |
| ) | **DEFAULT JUDGMENT** |
| **Lisa Pereira**  ) | |
| ) | |
| Defendant  ) | |
| ) | |
| ) | |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. I have been working on a Motion for Default in this action, but, in light of some recent decisions, I have determined it would be of assistance to the Court to file an Affidavit of a Comcast employee.

2. And the affidavit will most likely be from an out of state employee or it will at least have to go through and out of state office to be approved.

3. Obtaining an executed Affidavit from the Comcast employee will require additional time.

4. I have yet to be contacted by the Defendant or anyone on her behalf.

Subscribed and sworn to, under the pains and penalties of perjury.

                                              Respectfully Submitted for the Plaintiff,
                                              CoxCom, Inc. dba Cox Communications New
                                              England
                                              By Its Attorney,

| | |
|---|---|
| 4/7/05 | __/s/ John M. McLaughlin_____ |
| Date | John M. McLaughlin (BBO: 556328) |
| | **Green Miles Lipton & Fitz-Gibbon** |
| | 77 Pleasant Street |
| | P.O. Box 210 |
| | Northampton, MA 01061 |
| | (413) 586-0865 |