UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Comcast of Massachusetts III, Inc. ) | Case No.: **04-12569 RGS** |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER OF** |
| vs. ) | **DEFAULT JUDGMENT** |
| ) | |
| Lisa Pereira ) | |
| ) | |
| Defendant ) | |

The Court, having considered the Plaintiff's Motion for Default Judgment and the accompanying documentation filed with said motion, finds that the Plaintiff is entitled to a Default Judgment as follows:

1. $ __5,000.00__ in statutory damages pursuant to Title 47 U.S.C. § 553(c)(3)(A)(ii) and/or Title 47 U.S.C. § 553(c)(3)(B); for the violation of 47 U.S.C. § 553(a);

2. Costs $ __194.10__ pursuant to 47 U.S.C. 553(c)(2)(C);

3. The issuance of a permanent injunction pursuant to 47 U.S.C. § 553 (c)(2)(A) utilizing the following language or language of a similar nature:

   "The Court hereby enjoins the Defendant, the Defendant's respective agents, servants, employees, and any person or entity controlled directly or indirectly by the Defendant or acting on the Defendant's behalf from the further modification and/or use of electronic equipment designed for the unauthorized interception of signal in accordance with Title 47; and

4. Post-Judgment interest running on the judgment pursuant to 26 U.S.C. § 1961;

5. Attorney's fees of $ __923.00__ pursuant to Title 47 U.S.C. 553(c)(2)(C).

**SO ORDERED**.

Dated: 5-18-05.

*Richard G. Stearns*
United States District Court Judge